Argued December 21, 1977, affirmed January 16, reconsideration denied February 23, petition for review denied May 16, 1978

STATE OF OREGON, *Respondent,*
*v.*
RICHARD WAYNE GRAY, *Appellant.*
(No. 77 0603, CA 8622)

572 P2d 1337

Gary L. Hooper, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Paul R. Romain, Deputy Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Johnson, Judges.

PER CURIAM.

Affirmed. *Oregon v. Mathiason,* 429 US 492, 97 S Ct 711, 50 L Ed 2d 714 (1977); *State v. Paz,* 31 Or App 851, 572 P2d 1036 (1977).